IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| v. | § | 2:14-CR-0017 |
| RAUL MONTES (4). | § § § | |

## ORDER OVERRULING OBJECTIONS and
## ADOPTING REPORT AND RECOMMENDATION

Defendant has filed with this Court a motion to dismiss. On June 11, 2014, the United States Magistrate Judge issued a Report and Recommendation as to co-defendant Mario Castillo, recommending that his amended motion to dismiss be denied. The Magistrate Judge also issued an order applying that Report and Recommendation issued as to defendant Mario Castillo's amended motion to dismiss to all of the co-defendants' Motions to Dismiss. On June 17, 2014, defendant Mario Castillo filed objections to the Magistrate Judge's Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case and has considered the objections made by defendant Mario Castillo to the Report and Recommendation. The objections filed by defendant Mario Castillo are hereby OVERRULED and the Magistrate Judge's Report and Recommendation is ADOPTED. Accordingly, defendant RAUL MONTES's motion to dismiss is DENIED.

IT IS SO ORDERED.

ENTERED this _____ day of _____ 2014.


_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE